157 A.3d 843

IN THE MATTER OF THE CIVIL COMMITMENT OF J.H.T., SVP–55–00. (J.H.T.–PETITIONER)

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003424–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.